

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-15-00292-CR

**EX PARTE** Martin **PARKS**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Marialyn Barnard, Justice
             Jason Pulliam, Justice

On May 8, 2015, relator filed a pro se petition for writ of habeas corpus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 14, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2015CR2488 and 2015CR2489, styled *The State of Texas v. Martin Parks*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.